No. 10–10244. BARRAGAN-DIAZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10246. BROWN v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 10–10249. BEDFORD v. VIRGINIA ET AL. Sup. Ct. Va. Certiorari denied.

No. 10–10254. SIMMS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–10256. SIMS v. OWENS, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–10258. RIVERA-ARVELO v. SUPREME COURT OF PUERTO RICO ET AL. C. A. 1st Cir. Certiorari denied.

No. 10–10259. JACKSON v. FISCHER, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. Sup. Ct. N. Y., Albany County. Certiorari denied.

No. 10–10260. WARING v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 10–10261. WHEATON v. McDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–10266. GUYTON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–10267. JONES v. CANIZARO ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–10269. KARPIN v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 10–10270. KARN v. MORROW ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–10272. PICOTTE v. McDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.